# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00296-JPB-CMS
## USA v. Thomas et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 06/13/2022.

TIME COURT COMMENCED: 10:28 A.M.
TIME COURT CONCLUDED: 10:40 A.M.           TAPE NUMBER: Zoom
TIME IN COURT: 00:12                        DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [20]Teldrin Foster NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA |
| | Babasijibomi Moore representing USA |
| | Leigh Webster representing Teldrin Foster |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#20-[490]Motion to Dismiss Counts TAKEN UNDER ADVISEMENT Government's response due by 8/19/22. Defendant's reply to the government's response is due by 9/8/22. DFT#20-[491]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT DFT#20-[492]Motion to Sever Defendant TAKEN UNDER ADVISEMENT DFT#20-[493]Motion to Suppress Search and Seizure DEFERRED Government's response due by 8/19/22. Defendant's reply to the government's response is due by 9/8/22. DFT#20-[494]Motion to Suppress Statements DEFERRED to the Trial Judge. |